UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY EASLEY, DYQ874,<br><br>Petitioner,<br><br>v.<br><br>THE PEOPLE OF CALIFORNIA,<br><br>Respondent(s). | Case No. 20-cv-01558-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

On April 2, 2020, the post office returned the court's mail to petitioner as undeliverable because petitioner is no longer in custody at the Santa Clara County Jail. ECF No. 6. Because more than 60 days have passed since the court's mail to petitioner was returned as undeliverable, and the court has received no written communication from petitioner indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

But based solely on petitioner's affidavit of poverty, his motion for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

The clerk is instructed to close the file and terminate the motion appearing on ECF as pending item number 2.

**IT IS SO ORDERED**.

Dated: June 1, 2020

_____

CHARLES R. BREYER
United States District Judge